# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Cristobal Rodriguez-Perez<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)          5:25-mj- 1131-PRL<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 12, 2025__ in the county of __Marion__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Sec. 1326(a) | Illegal Reentry After Prior Deportation |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Luis Camacho*
Complainant's signature

TFO Luis Camacho, HSI
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 07/14/2025

*P. Lammens*
Judge's signature

City and state: Ocala, Florida

Philip R. Lammens, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA                                      Case No. 5:25-mj-1131-PRL

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Luis Camacho, after being duly sworn, depose and state:

1. I am a task force officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I am currently assigned to the HSI office in Ocala, Marion County, Florida, in the Middle District of Florida. I have been assigned as a task force officer since October 2021. I have also received training in the investigation of federal immigration violations. As a Federal Law Enforcement Officer, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. This affidavit is submitted in support of a criminal complaint charging Cristobal RODRIGUEZ-PEREZ, with a violation of 8 U.S.C. § 1326(a). As set forth in more detail below, there is probable cause to believe that on or about July 12, 2025, in Marion County, Florida, RODRIGUEZ-PEREZ was present in the United States illegally after being deported, in violation of 8 U.S.C. § 1326(a).

3. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause

for a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## DETAILS OF THE INVESTIGATION

4. On July 12, 2025, RODRIGUEZ-PEREZ was encountered in Marion County, Florida during a traffic stop. RODRIGUEZ-PEREZ was arrested for State of Florida charges of driving without a license. A review of various records by Enforcement Removal Operations (ERO) Orlando and Homeland Security Investigations (HSI) confirmed that RODRIGUEZ-PEREZ is a previously deported alien. He is a citizen of Mexico and not a citizen of the United States. RODRIGUEZ-PEREZ's fingerprints were taken and electronically submitted to a DHS fingerprint database (IDENT). IDENT electronically analyzed the set of fingerprints and found them to match RODRIGUEZ-PEREZ and his unique FBI and Alien numbers. RODRIGUEZ-PEREZ also admitted that he had previously been deported.

5. Records in RODRIGUEZ-PEREZ's alien file show that he was previously encountered on or about November 13, 2002, by U.S. Border Patrol at the Marion County Jail while on local charges. U.S. Border Patrol found that RODRIGUEZ-PEREZ had entered the U.S. illegally without admission or inspection. On or about November 25, 2002, RODRIGUEZ-PEREZ was deported from the U.S. and removed to Mexico.

6. The alien file for RODRIGUEZ-PEREZ contains no record that he has ever applied to the Attorney General of the United States and/or the Secretary of the

Department of Homeland Security for permission to reenter the United States after being removed/deported from the United States.

## CONCLUSION

7. Based on the foregoing, there is probable cause to believe that on July 12, 2025, RODRIGUEZ-PEREZ was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a).

This concludes my affidavit.

*Luis Camacho*
_____
Luis Camacho, Task Force Officer
Homeland Security Investigations

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this __14th__ day of July 2025.*

_____
The Honorable Philip R. Lammens
United States Magistrate Judge

3